AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

NEXTEL CELLULAR TELEPHONE i880
T-MOBILE 'SideKick LX' by SHARP
iPHONE, FCC ID BCGA1203

**SEARCH WARRANT**

CASE NUMBER: 1:08-MJ-05M

TO: Any Agent of the Bureau of Immigration & Customs and any Authorized Officer of the United States

Affidavit(s) having been made before me by JOSEPH SULLIVAN (Affiant) who has reason to

believe that ☑ on the person of or ☑ on the premises known as (name, description and/or location)

SEE ATTACHMENT A

in the ________ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 1-13-08 (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to US MAGISTRATE JUDGE (U.S. Judge or Magistrate) as required by law.

1-4-08 4:15 P.M. at Providence, Rhode Island
Date and Time Issued — City and State

DAVID L. MARTIN, US MAGISTRATE JUDGE — David L Martin
Name and Title of Judicial Officer — Signature of Judicial Officer

True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/4/2008 | 1/4/2008 | |

INVENTORY MADE IN THE PRESENCE OF SA Joseph Sullivan

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. Nextel cellular telephone i880
1 T-mobile 'sideKick LX' by sharp
1 iPhone, FCCID BCGA1203

"items being sent to DHS I.C.E. tech operations for forensic review"

FILED
2008 JAN 10 A 10:54
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1:08-M-02M

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

David L Martin — U.S. Judge or Magistrate

1-10-08 — Date