**ATTACHMENT A**

1. Nextel Cellular Telephone i880, assigned The International Mobile Equipment Identity ("IMEI") 001700703270710, Serial Number 364VHQ4MLM. SIM chip 000800345289330. (TARGET DEVICE 1)

2. T-MOBILE 'SideKick LX' by Sharp, Not Further Identified (NFI), unable to open the device for further identifiers. Seized from Edward PEREZ on December 31, 2007. (TARGET DEVICE 2)

3. iPhone, FCC ID BCGA1203, Serial Number 7R728VMOWH8, IMEI 01124500550175 28GB. (TARGET DEVICE 3).

**ATTACHMENT B**

All telephone call records, phonebook, data, images, voicemail or text messages relating to the transfer narcotics or money for the purchase or proceeds of narcotics,

In searching for data capable of being read, stored or interpreted by a computer, law enforcement personnel executing this search warrant will employ the following procedure:

Law enforcement personnel trained in searching communication and computer devices (the "computer personnel") will make an initial review of any communication device or computer equipment (collectively the "computer devices") to determine whether the communication or computer devices can be searched without jeopardizing the ability to preserve data contained on the computer devices. The computer personnel will determine whether it is practical to copy the data contained on the computer devices during the execution of the search in a reasonable amount of time without jeopardizing the ability to preserve that data.

In searching the communication and or computer devices, the computer personnel may examine all of the data contained in the communication and or computer devices to view their precise contents and determine whether the data falls within the items to be seized as set forth herein. In addition, the computer personnel may search for and attempt to recover "deleted," "hidden" or encrypted data to determine whether the data falls within the list of items to be seized as set forth herein.

The computer personnel will search the communication or computer devices for data or images within a reasonable amount of time not to exceed 60 days from the date of execution of the warrant. If, after conducting such a search, the case agents determine

that a communication device and or computer device contains any data falling within the list of items to be seized pursuant to this warrant, the government will retain the computer device; otherwise, the government will return the communications device and or computer device. If the government needs additional time to determine whether the data on the computer devices or data images falls within any of the items to be seized pursuant to this warrant, it may seek an extension of the time period from the Court within the original sixty day period from the date of execution of the warrant.